395 A.2d 975

Commonwealth v. Wessner, Appellant.

Argued September 11, 1978. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne,

Jr., Assistant District Attorney, with him Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.